**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Case No. 1:21-cv-00511-RM-SKC**

DIANNA ANGELES,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC. and
EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

---

**EQUIFAX INFORMATION SERVICES LLC'S
NOTICE OF FILING OF AMENDED ANSWER**

---

PLEASE TAKE NOTICE that Equifax Information Services, LLC ("Equifax"), hereby files this Notice pursuant to D.C.Colo Local Civil Rule 15.1(a), and annexes hereto as **Exhibit A**, a copy of Equifax's Amended Answer with strikethroughs and underlining of additional language as per the applicable local rule. The Amended Answer with strikethroughs and underlines is otherwise identical to the Amended Answer filed by Equifax on June 8, 2021 (ECF No. 26). This Notice and the Amended Answer is being filed in connection with this Court's June 8, 2021 Order directing Equifax to either file a notice in compliance with Fed. R. Civ. P. 5.1 or show that compliance is not required (ECF No. 27). Equifax's Amended Answer removes the defense that would require such notice to the Attorney General pursuant to Fed. R. Civ. P. 5.1.

EQUIFAX INFORMATION SERVICES
LLC'S NOTICE OF FILING OF
AMENDED ANSWER

71831925v.1

|  |  |
|---|---|
| DATED:  June 10, 2021 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br><br>By: *s/ Courtney Stieber*<br>Courtney Stieber<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue, 32nd Floor<br>New York, New York  10018<br>Telephone:  (212) 218-5500<br>Email:  cstieber@seyfarth.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |